IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MICHAEL CLIFTON** | ) | No. 15 B 29188 |
| | ) | |
| Debtor(s) | ) | |

### PROOF OF SERVICE

TO:     See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 27, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                           BY: /s/ Joseph E. Cohen
                                                              One of His Attorney

Service List:

Ford Motor Credit Co., LLC
P.O. Box 62180
Colorado Springs, CO   80962

McHenry Savings Bank
353 Bank Drive
McHenry, IL   60050

Alex Whitt
awhitt@hzlawgroup.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov