UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLIFTON, MICHAEL W. | § | Case No. 15-29188 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 65,409.00 *(Without deducting any secured claims)* | Assets Exempt: 4,994.50 |
| Total Distributions to Claimants: 13,474.49 | Claims Discharged Without Payment: 146,368.98 |
| Total Expenses of Administration: 2,575.72 | |

    3) Total gross receipts of $ 17,141.71  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,091.50  (see **Exhibit 2**), yielded net receipts of $ 16,050.21  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 165,611.00 | $ 3,624.89 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,575.72 | 2,575.72 | 2,575.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 174,145.14 | 159,304.47 | 159,304.47 | 13,474.49 |
| **TOTAL DISBURSEMENTS** | $ 339,756.14 | $ 165,505.08 | $ 161,880.19 | $ 16,050.21 |

4) This case was originally filed under chapter 7 on 08/26/2015. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2017          By: /s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of a Decedent | 1149-000 | 17,141.71 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,141.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael Clifton | Exemptions | 8100-000 | 1,091.50 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,091.50** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert W. Harbecke & Jo Ann Harbecke 41180 N. Westlake Ave. Antioch, IL 60002 | | 162,000.00 | NA | NA | 0.00 |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | 3,611.00 | 3,624.89 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 165,611.00** | **$ 3,624.89** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 2,355.02 | 2,355.02 | 2,355.02 |
| COHEN, JOSEPH E. | 2200-000 | NA | 1.74 | 1.74 | 1.74 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.63 | 7.63 | 7.63 |
| ASSOCIATED BANK | 2600-000 | NA | 211.33 | 211.33 | 211.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,575.72 | $ 2,575.72 | $ 2,575.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commonwealth Financial 245 Main St Dickson City, PA 18519 | | 539.00 | NA | NA | 0.00 |
| 000002 | MCHENRY SAVINGS BANK | 7100-000 | 173,606.14 | 159,304.47 | 159,304.47 | 13,474.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 174,145.14 | $ 159,304.47 | $ 159,304.47 | $ 13,474.49 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-29188 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CLIFTON, MICHAEL W. | Date Filed (f) or Converted (c): | 08/26/15 (f) |
| | | 341(a) Meeting Date: | 10/08/15 |
| For Period Ending: | 06/08/17 | Claims Bar Date: | 07/05/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 40193 North Dell Drive, Antioch, Illinois 60002 (1 40193 North Dell Drive, Antioch, Illinois 60002 (1/2 | 63,603.50 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts Checking Account with First American (1/2 Interest) | 33.50 | 0.00 | | 0.00 | FA |
| 3. Household Goods Funrishings (1/2 Interest) | 750.00 | 0.00 | | 0.00 | FA |
| 4. Books / Collectibles Antiques (1/2 Interest) | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. Estate of a Decedent Interest in Deceased Father's Estate | 17,141.71 | 0.00 | | 17,141.71 | FA |
| 7. Vehicles Camper / Trailer | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles 2004 Ford Ranger / 200,000 miles (1/2 Interest) | 625.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles 2008 Ford F150 / 100,000 miles (1/2 Interest) | 2,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $86,453.71     $0.00     $17,141.71     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-29188   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | CLIFTON, MICHAEL W. | Date Filed (f) or Converted (c):   08/26/15 (f) |
| | | 341(a) Meeting Date:   10/08/15 |
| | | Claims Bar Date:   07/05/16 |

SENT TFR TO US TEE - 3/7/17

TFR TO FOLLOW - 1/11/17,  TRUSTEE IS REVIEWING CLAIMS - 10/30/16. TRUSTEE HAS SENT BAR DATE NOTICE TO CREDITORS - 7/30/16. TRUSTEE HAS RECEIVED INHERITANCE PROCEEDS - 4/30/16

Initial Projected Date of Final Report (TFR): 03/31/17       Current Projected Date of Final Report (TFR): 03/31/17

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-29188 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CLIFTON, MICHAEL W. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6405 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3632 | | | |
| For Period Ending: | 06/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/16 | 6 | BOSTON HOLT SOCKWELL & DURHAM | Inheritance proceeds | 1149-000 | 17,141.71 | | 17,141.71 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.62 | 17,126.09 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.46 | 17,100.63 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.60 | 17,076.03 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.39 | 17,050.64 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.35 | 17,025.29 |
| 09/27/16 | 300001 | Michael Clifton c/o Alex Whitt, Hiltz & Zanzig, LLC 53 West Jackson Suite 205 Chicago, IL 60604 | Debtor's Exemption | 8100-000 | | 1,091.50 | 15,933.79 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.50 | 15,909.29 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.97 | 15,885.32 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.86 | 15,862.46 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.58 | 15,838.88 |
| 02/20/17 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | BOND#016073584 | 2300-000 | | 7.63 | 15,831.25 |
| 05/22/17 | 300003 | JOSEPH E. COHEN, Trustee 105 W. Madison, Ste 1100 Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | | | 2,356.76 | 13,474.49 |
| | | | Fees       2,355.02 | 2100-000 | | | |
| | | | Expenses      1.74 | 2200-000 | | | |
| 05/22/17 | 300004 | McHENRY SAVINGS BANK 353 Bank Dr McHenry, IL 60050 | Claim 000002, Payment 8.45833% | 7100-000 | | 13,474.49 | 0.00 |

Page Subtotals     17,141.71     17,141.71

Ver: 20.00a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-29188 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CLIFTON, MICHAEL W. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6405 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3632 | | | |
| For Period Ending: | 06/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,141.71 | 17,141.71 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,141.71 | 17,141.71 | |
| | | | Less: Payments to Debtors | | | 1,091.50 | |
| | | | Net | | 17,141.71 | 16,050.21 | |

|  |  |  |  |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6405 | 17,141.71 | 16,050.21 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 17,141.71 | 16,050.21 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)